AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McAllen Division

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CRIMINAL COMPLAINT |
| Diana Quezada-ALVAREZ | Case Number: M-21-2314-M |
| YOB: 1984 | |
| COC: United States | |

United States District Court
Southern District of Texas
FILED
OCT 30 2021
Nathan Ochsner, Clerk

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __October 30, 2021__ in __STARR__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that K.V.C and G.V.C., citizens of Mexico, have come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States from a location in the Roma, Texas Port of Entry to a location in Houston, Texas furtherance of such violation of law and brought the aliens for the purpose of commercial advantage or private financial gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

On October 30, 2021, defendant Diana Quezada-ALVAREZ, a United States citizen, applied for admission into the United States from Mexico via vehicle at the Roma, Texas Port of Entry. Defendant attempted to transport into the United States through the Roma, Texas Port of Entry two undocumented alien children (female, age 4), and (male, age 2), actual Mexican Citizens, by claiming to Customs and Border Protection Officers that they were United States citizens, through means of documented false claim. The defendant and minor children were referred to secondary, during secondary inspection, the defendant freely admitted that she attempted to smuggle the minor children, with identity K.V.C. and G.V.C., into the United States, from Miguel Aleman, Tamaulipas, Mexico at the Roma, Texas, Port of Entry by claiming that the minor children was her daughter and nephew, and the children were citizens of the United States when in fact the children are undocumented citizens of Mexico. The defendant further stated that she knew that K.V.C and G.V.C. did not have legal status to be in or enter the United States, the defendant further admitted to having agreed to transport K.V.C and G.V.C. into the United States for $1,500.00 USD per child. The defendant intended to present actual United State birth certificates and claiming that the children were United State citizens to further K.V.C. and G.V.C. illegal entry into the United States.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

**Approved By AUSA:** Daniel Chung

Submitted by reliable electronic means, sworn to & attested to telephonically per Fed.R.Cr.P. 4.1, & probable cause found on  10/30/21 @ 8:20 p.m.

~~October 31, 2021~~
Date
**J. Alaniz**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

s/ Mario E. Canales
Signature of Complainant
**Mario E. Canales**          CBPO-Enforcement
Printed Name of Complainant
at **McAllen, Texas**
City and State

Signature of Judicial Officer